IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | CASE NO. 1:05-CR-0145 |
| | ) | |
| v. | ) | (Judge Conner) |
| | ) | |
| **DEOMIDES SORRENO-PEREZ,** | ) | (Electronically Filed) |
| Defendant. | ) | |

FILED
HARRISBURG
MAY 24 2006
MARY E. D'ANDREA, CLERK
Per_____ Deputy Clerk

## ORDER

Before the Court is the Government's Motion to Dismiss the Indictment in the above captioned matter. The Motion is based on examination which has determined that there is little likelihood that the Defendant will attain the capacity to stand trial. While the Indictment was sought in good faith, Rule 48(a) of the Federal Rules of Criminal Procedure allows the Government to dismiss an Indictment with leave of court.

Accordingly, this 24th day of May, 2006 IT IS HEREBY ORDERED that the Government's Motion to Dismiss Indictment is GRANTED.

Christopher C. Conner
United States District Judge